**UNITED STATES BANKRUPTCY COURT**

Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

# NOTICE OF ELECTRONIC FILING PROCEDURE

Case Name:   Dawna Ruth Mason

Case Number:   14–34616–KLP                            Date Filed:   August 27, 2014

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov or http://www.vaeb.uscourts.gov/ecfnew/ecf.htm. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005–2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point–to–Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single–sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  August 28, 2014                                            William C. Redden
VAN–062 [ver. 3/2008]                                              Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Dawna Ruth Mason  
    Debtor

Case No. 14-34616-KLP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-7     User: mullert     Page 1 of 2     Date Rcvd: Aug 28, 2014  
                      Form ID: VAN062    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2014.

```
db          +Dawna Ruth Mason,    5610 West Run Road,    Charles City, VA 23030-2812
12524943    +Bon Secours,    PO Box 28538,    Henrico, VA 23228-8538
12524949    +CJW Medical Center,    PO Box 13620,    Richmond, VA 23225-8620
12524945    +Central Credit/Penn Cr,    Attn: Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
12524946    +Central Virginia Health Svc,    PO Box 220,    New Canton, VA 23123-0220
12524947    +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
12524950     Continental Emergency Services,    111 Bulifants Blvd,    Suite B,    Williamsburg, VA 23188-5711
12524953   ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
             (address filed with court:  Dominion Virginia Power,     PO Box 26543,    Richmond, VA 23290-0001)
12524952    +Dominion Law Associates,    222 Central Park Ave, Ste 210,    Virginia Beach, VA 23462-3024
12524955   ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
             (address filed with court:  Focus Recovery Solutions,     Attn: Bankruptcy,
              9701 Metropolitan Court Ste B,     Richmond, VA 23236-0000)
12524960    +Pmab Srvc,    5970 Fairview Rd Ste 800,    Charlotte, NC 28210-0091
12524961    +Spinella, Owings & Shaia,    8550 Mayland Dr, Ste 1,    Henrico, VA 23294-4704
12524962    +T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015-3410
12524963    +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
12524964    +Virginia Department of Taxatio,    PO Box 2156,    Richmond, VA 23218-2156
12524965    +Virginia Emergency Physicians,    1602 Skipwith Rd,    Henrico, VA 23229-5205
12524966    +Virginia Physicians for Women,    7605 Forest Avenue, Suite 206,    Henrico, VA 23229-4936
12524967    +Webbnk/ Fingerhut,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
12524942    +E-mail/Text: roy.buchholz@allianceoneinc.com Aug 29 2014 01:55:43      Allianceone,
              4850 E Street Rd,    Trevose, PA 19053-6600
12524944    +E-mail/Text: bankruptcy@cffinance.com Aug 29 2014 01:55:42      C&F Finance Co,    PO Box 2129,
              Richmond, VA 23218-2129
12524948     E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Aug 29 2014 02:00:03      City of Richmond,
              PO Box 26505,    Richmond, VA 23261-6505
12524951    +E-mail/Text: creditonebknotifications@resurgent.com Aug 29 2014 01:55:45      Credit One Bank,
              PO Box 60500,    City of Industry, CA 91716-0500
12524954    +E-mail/Text: bknotice@erccollections.com Aug 29 2014 01:56:20      Enhanced Recovery Corp,
              Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
12524956     E-mail/Text: cio.bncmail@irs.gov Aug 29 2014 01:55:50      Internal Revenue Service,
              Insolvency Unit,    PO Box 7346,    Philadelphia, PA 19101-7346
12524957    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 29 2014 01:56:14      Midland Funding,
              8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
12524959    +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 29 2014 01:56:28      Nco Fin/38,
              2360 Campbell Crk Ste 50,    Richardson, TX 75082-4452
12524964    +E-mail/Text: bkr@taxva.com Aug 29 2014 01:56:54      Virginia Department of Taxatio,    PO Box 2156,
              Richmond, VA 23218-2156
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12524958*    +Midland Funding,    8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
12524941   ##+ADT Security Services,    re: Bankruptcy Dept,    14200 E Exposition Ave,    Aurora, CO 80012-2540
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2014                          Signature:  /s/Joseph Speetjens

```
District/off: 0422-7            User: mullert              Page 2 of 2                  Date Rcvd: Aug 28, 2014
                                Form ID: VAN062            Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2014 at the address(es) listed below:
              Carl M. Bates    station01@richchap13.com,
               station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
               om
              Roger C Hurwitz    on behalf of Debtor Dawna Ruth Mason rchurwitz@gmail.com,
               courtneyjeanclay@gmail.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;algplank@gmail.c
               om;DLGHearings@gmail.com
                                                                                             TOTAL: 2