B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Dawna Ruth Mason**, Debtor

Case No. **14-34616**

Chapter **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 13,904.63 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 13,421.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 15,035.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 11,345.50 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | 2,362.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,755.00 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 13,904.63 | | |
| Total Liabilities | | | | 39,801.87 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Dawna Ruth Mason**,
         Debtor

Case No.  **14-34616**

Chapter  **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 15,035.37 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 15,035.37 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 2,362.00 |
| Average Expenses (from Schedule J, Line 22) | 1,755.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,846.62 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 796.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 12,948.17 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 2,087.20 |
| 4. Total from Schedule F | | 11,345.50 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 14,228.70 |

B6F (Official Form 6F) (12/07)

In re **Dawna Ruth Mason**, Case No. **14-34616**
                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1844** <br><br> **ADT Security Services** <br> **re: Bankruptcy Dept** <br> **14200 E Exposition Ave** <br> **Aurora, CO 80012** | | - | 2014 <br> Service | | | | 449.93 |
| Account No. **xxxx8566** <br><br> **Allianceone** <br> **4850 E Street Rd** <br> **Trevose, PA 19053** | | - | Opened 5/01/08 <br> re: City Of Richmond - Utility | | | | 493.00 |
| Account No. **xxxxxxxx29-00** <br><br> **Bon Secours** <br> **PO Box 28538** <br> **Henrico, VA 23228** | | - | 2/14/2006 <br> Judgment in Richmond City GDC | | | | 200.00 |
| Account No. **xx-xxxxx-x x1DAY** <br><br> **Cawthorn, Deskevich & Gavin** <br> **9701 Metropolitan Court,** <br> **Suite C** <br> **Richmond, VA 23236** | | - | 7/3/2012, 9/12/2012 <br> Unpaid Tolls on Pocahontas 895 | | | | 129.75 |

__4__ continuation sheets attached

Subtotal (Total of this page)     1,272.68

B6F (Official Form 6F) (12/07) - Cont.

In re **Dawna Ruth Mason**, Case No. **14-34616**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxxxx-x x1DAY** <br><br> **Cawthorn, Deskevich & Gavin** <br> **9701 Metropolitan Court, Suite C** <br> **Richmond, VA 23236** | | - | 10/4/2012, 10/17/2012 <br> Unpaid tolls on Pocahontas 895 | | | | 136.00 |
| Account No. **xx-xxxxx-x x1DAY** <br><br> **Cawthorn, Deskevich & Gavin** <br> **9701 Metropolitan Court, Suite C** <br> **Richmond, VA 23236** | | - | 3/19/2013, 7/2/2013 <br> Unpaid tolls on Pocahontas 895 | | | | 152.75 |
| Account No. **xxxxxxxxxxxx1813** <br><br> **Central Credit/Penn Cr** <br> **Attn: Bankruptcy** <br> **PO Box 988** <br> **Harrisburg, PA 17108** | | - | 2014 <br> re: Dominion Power | | | | 381.00 |
| Account No. **xxx0420** <br><br> **Central Virginia Health Svc** <br> **PO Box 220** <br> **New Canton, VA 23123** | | - | 3/13/12 3/29/12 5/1/12 9/17/12 4/3/13 4/30/13 5/6/13 6/17/13 9/26/13 <br> Medical | | | | 553.82 |
| Account No. **xxxxxxxx2759** <br><br> **Chase** <br> **201 N. Walnut St//De1-1027** <br> **Wilmington, DE 19801** | | - | Opened 10/01/07 Last Active 6/04/10 <br> Credit Card | | | | 747.00 |

Sheet no. **1** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,970.57**

In re **Dawna Ruth Mason**, Case No. **14-34616**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx4347<br><br>Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | | - | 2014<br>re: Tmobile | | | | 214.00 |
| Account No. xxxxxxx4849<br><br>Focus Recovery Solutions<br>Attn: Bankruptcy<br>9701 Metropolitan Court Ste B<br>Richmond, VA 23236 | | - | 2014<br>re: CJW Medical Center | | | | 211.00 |
| Account No. xxxxxx2948<br><br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | - | Opened 1/01/11<br>re: Credit One Bank N.A. | | | | 554.00 |
| Account No. xxxxxxxx05-00<br><br>Midland Funding<br>8875 Aero Dr, Ste 200<br>San Diego, CA 92123 | | - | 2/1/2012<br>Judgment in Charles City GDC | | | | 519.00 |
| Account No. xxxxxxxx80-00<br><br>Midland Funding<br>8875 Aero Dr, Ste 200<br>San Diego, CA 92123 | | - | 10/2/2009<br>Judgment in Richmond City GDC | | | | 950.00 |

Sheet no. **2** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,448.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawna Ruth Mason**  ,  Case No. **14-34616**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2604**<br><br>**Nco Fin/38**<br>**2360 Campbell Crk Ste 50**<br>**Richardson, TX 75082** | | - | **Opened 11/01/12**<br>**re: Virginia Emergency Physicians** | | | | **298.00** |
| Account No. **xxx4469**<br><br>**Pmab Srvc**<br>**5970 Fairview Rd Ste 800**<br>**Charlotte, NC 28210** | | - | **2014**<br>**re: Continental Emergency Servic** | | | | **583.00** |
| Account No. **xxx8825**<br><br>**Pmab Srvc**<br>**5970 Fairview Rd Ste 800**<br>**Charlotte, NC 28210** | | - | **2014**<br>**re: Continental Emergency Servic** | | | | **583.00** |
| Account No. **xxxxxxxxx-xxx xx x1DAY**<br><br>**Pocahontas 895**<br>**PO Box 7693**<br>**501 Pocahontas Pkwy**<br>**Henrico, VA 23231** | | - | **12/29/2014**<br>**Unpaid tolls** | | | | **150.00** |
| Account No. **xxxxxxxxx-xxx xx x1DAY**<br><br>**Pocahontas 895**<br>**PO Box 7693**<br>**501 Pocahontas Pkwy**<br>**Henrico, VA 23231** | | - | **2/7/2013**<br>**Unpaid tolls** | | | | **129.50** |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,743.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawna Ruth Mason**, Case No. **14-34616**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx-xxx x1DAY**<br><br>Pocahontas 895<br>PO Box 7693<br>501 Pocahontas Pkwy<br>Henrico, VA 23231 | - | | unknown<br>Unpaid tolls | | | | 120.75 |
| Account No. **xxxxx0423**<br><br>Verizon<br>500 Technology Dr Ste 30<br>Weldon Spring, MO 63304 | - | | Opened 9/01/07<br>Utility | | | | 194.00 |
| Account No. **xxx-xx-5809**<br><br>Virginia Physicians for Women<br>7605 Forest Avenue, Suite 206<br>Henrico, VA 23229 | - | | 2013<br>Medical | | | | 800.00 |
| Account No. **xxxxxxxxxxxx5946**<br><br>Webbnk/ Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303 | - | | Opened 6/03/10 Last Active 5/25/14<br>Charge Account | | | | 2,796.00 |
| Account No. | | | | | | | |

Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,910.75**

Total (Report on Summary of Schedules)  **11,345.50**

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Dawna Ruth Mason**                                              Case No.   **14-34616**
                            Debtor(s)                                      Chapter    **13**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- [ ] Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: [ ] Soc. Sec. No. amended. [*If applicable*: **An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's office on ____.**]*
- [x] Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- [ ] Schedule A - Real Property
- [ ] Schedule B - Personal Property
- [ ] Schedule C - Property Claimed as Exempt
- [x] **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - [x] **Creditor(s) added**        [ ] **Creditor(s) deleted**
  - [ ] **Change in amounts owed or classification of debt**
  - [ ] **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
  - [ ] **Post-petition creditors added (Schedule of Unpaid Debts)**
  
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- [ ] Schedule G- Executory Contracts and Unexpired Leases
- [ ] Schedule H - Codebtors
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be electronically filed or submitted to the Clerk's Office for 'restricted" entry of the amended Social Security Number into the case record. ]**

- [ ] Statement of Financial Affairs
- [ ] Chapter 7 Individual Debtor's Statement of Intention
- [ ] Chapter 11 List of Equity Security Holders
- [ ] Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- [ ] Disclosure of Compensation of Attorney for Debtor
- [ ] Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: ____.

Date:  **October 22, 2014**

                                                    /s/ **Richard J. Oulton**
                                                    **Richard J. Oulton**
                                                    Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
                                                    State Bar No.:   **VSB#29640**
                                                    Mailing Address: **America Law Group, Inc. dba Debt Law Group**
                                                                      **America Law Group, Inc. dba Debt Law Group**
                                                                      **8501 Mayland Dr., Ste 106**
                                                                      **Henrico, VA 23294**
                                                    Telephone No.:   **804-308-0051**

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Dawna Ruth Mason**  
Debtor(s)

Case No. **14-34616**  
Chapter **13**

**TO:**

Pocahontas 895  
501 Pocahontas Pkwy  
P.O. Box 7693  
Henrico, VA 23231

Cawthorn, Deskevitch, & Gavin  
9701 Metropolitan Court  
Suite C  
Richmond, VA 23236

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,  
☐ deleting you as a creditor,  
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Dawna Ruth Mason**

Date: **October 22, 2014**     By **/s/ Richard J. Oulton for America Law Group**

Attorney for Debtor [or *Pro Se* Debtor]  
State Bar No.: **29640**  
Address: **America Law Group, Inc. dba Debt Law Group**  
**America Law Group, Inc. dba Debt Law Group**  
**8501 Mayland Dr., Ste 106**  
**Henrico, VA 23294**  
Telephone No.: **804-308-0051**

### CERTIFICATION

I certify that on **October 22, 2014**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

**/s/ Richard J. Oulton for America Law Group**  
**Richard J. Oulton for America Law Group**  
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Dawna Ruth Mason**　　　　　　　　　　　　　　　　　　　　　Case No.   **14-34616**

　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter   **13**

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date   **October 22, 2014**　　　　　　　Signature   **/s/ Dawna Ruth Mason**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Dawna Ruth Mason**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571